IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TAMARA D. ESKRIDGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:06-0677 |
| v. ) | JUDGE HAYNES |
| ) | |
| NISSAN NORTH AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

In accordance with the Memorandum, the Defendant's motion for summary judgment is GRANTED and this action is DISMISSED with prejudice. Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** the 15th day of February, 2008.

WILLIAM J. HAYNES, JR.
United States District Judge